# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER BECERRA, an individual, BENJAMIN SANDOVAL, an individual, and PAUL LOPEZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>USA WASTE OF CALIFORNIA, INC., D/B/A WASTE MANAGEMENT OF THE INLAND EMPIRE, MORENO VALLEY DIVISION, an unknown business entity, and DOES 1 through 25, Inclusive,<br><br>　　　　　Defendants. | Case No: 5:14-cv-02444-JBG-DTBx<br><br>X[PROPOSED] ORDER RE: JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

　　IT IS ORDERED that the subject action be dismissed, with prejudice, and the parties shall pay their own attorneys' fees and costs.

Dated: __12/29/2014_____   _____
　　　　　　　　　　　　　　　　　_ HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　U.S DISTRICT JUDGE

1